## CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT

I, Alex Travers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this continuation in support of a criminal complaint against Ruben Joseph Cortez for violation of 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by striking, beating, or wounding. Based on the information disclosed below, I submit there is probable cause to believe that on or about November 5, 2025, Cortez violated 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by striking, beating, or wounding, in the Western District of Michigan. I, therefore, request the Court authorize the criminal complaint and an arrest warrant for Cortez.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2022. I am currently assigned to the Detroit Division, Marquette Resident Agency. Prior to my employment with the FBI, I was a police officer for over eight (8) years in Cranston, Rhode Island where I served as a patrol officer, as a member of the department's Special Reaction Team, in temporary assignments with the department's Special Investigations Unit, and as a patrol sergeant.

3. As an FBI special agent, I have investigated and assisted in the investigation of various types of federal criminal violations, including assaults in Indian Country. As a police officer, I investigated and received training in investigating assaults and domestic violence. This continuation is intended to show only that there is sufficient probable cause for the requested warrant and does not

set forth all of my knowledge about this matter.

4. My duties include the investigations of various violations of federal criminal law, including matters involving violation of 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by striking, beating, or wounding. The facts in this continuation come from my personal observations, my training and experience, and information obtained from other agents, other law enforcement officers, and witnesses.

## STATUTORY AUTHORITY

5. I am informed by the United States Attorney's Office that to establish the charge of assault by beating, striking, or wounding by a non-Indian within Indian Country, the following elements must be met:

   a. The suspect assaulted the victim by striking, beating, or wounding;

   b. The suspect is non-Indian;

   c. The victim is an Indian; and

   d. The offense occurred in Indian Country.

## PROBABLE CAUSE

6. On November 5, 2025, at approximately 3:03 a.m., Bay Mills police responded to a 9-1-1 call at a known address in Brimley, Michigan for a domestic disturbance involving Cortez and Victim, who is Cortez's spouse, intimate, and/or dating partner. Bay Mills police informed me that Victim is an enrolled member of the Bay Mills Indian Community and is an Indian for purposes of federal law. Bay Mills police informed me that Cortez is non-Indian. Bay Mills police informed me that the residence is located within Indian Country because it is located on land held in

trust by the United States for the benefit of the Bay Mills Indian Community which is located within the Northern Division of the Western District of Michigan.

7. Victim reported to police that she went to get medicine for her sick children and turned on the lights while Cortez was sleeping on the couch in the living room. This led to an argument and Victim threw Cortez's Xbox onto the floor. Victim reported that Cortez grabbed Victim, put her in a headlock, and wrapped his legs around her. Victim informed police that Cortez "choked" her and that she could not breathe. Victim explained that she felt like she was going to "pass out." Cortez let go of Victim and Victim grabbed Cortez' phone. Cortez grabbed Victim and his phone and pushed Victim around. When Victim's minor child exited the bedroom, Cortez let go of Victim. Victim then went to her bedroom and called 9-1-1.

8. The Bay Mills police officer that responded to the scene said he saw blood on Victim's lip, bruising on her upper right arm, and red marks on her neck.

9. Minor witness was present in the residence at the time of the assault. Minor witness reported overhearing something in the living room and produced a video where someone sounding like Victim screams, "Help me."

10. Police informed Cortez of his Miranda Rights and Cortez declined to speak with police. Bay Mills police arrested Cortez and lodged him at the Chippewa County Jail.

## CONCLUSION

11. I submit that this continuation establishes probable cause to believe that Cortez committed violation of 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by

3

striking, beating, or wounding. I, therefore, request that the Court authorize the criminal complaint and issue an arrest warrant for Cortez' arrest.